UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:24-cr-83-JL |
| ) | |
| JESUS MOORE ) | |

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**
18 U.S.C. § 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct)

On or about March 7, 2022, in the District of New Hampshire, and elsewhere, the defendant,

**JESUS MOORE**,

did travel in interstate commerce for the purpose of engaging in illicit sexual conduct, as defined in 18 U.S.C. § 2423(f), with another person.

All in violation of 18 U.S.C. § 2423(b).

ERIN CREEGAN
United States Attorney

August 18, 2025          By:   *Anna Krasinski*
Anna Z. Krasinski
Assistant United States Attorney