UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | |
| | ) | **Docket No. 1:24-cr-00083-JL** |
| **JESUS MOORE,** | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE UNDER SEAL
DEFENDANT'S MOTION FOR CONTINUED RELEASE**

Defendant Jesus Moore, through undersigned counsel, respectfully moves this Honorable Court for leave to file under seal his Motion for Continued Release Pending Sentencing and supporting exhibits.

As grounds for this request, Mr. Moore states that the motion and its attachments contain extensive references to the personal health and medical treatment of third parties, including a minor. These references describe diagnoses, prognoses, prescribed medications, genetic testing results, and treatment regimens that are both sensitive and highly personal. This information is not generally subject to public disclosure, is protected in other contexts by HIPAA, and relates to individuals who are not parties to this case.

The information is included solely to provide necessary context for the Court's consideration of Mr. Moore's request for continued release pending sentencing. Public disclosure of this information would serve no legitimate purpose in the adjudication of this matter, but would risk unnecessary intrusion into the privacy of innocent third parties.

1

For these reasons, Mr. Moore respectfully requests that the Court allow his Motion for Continued Release Pending Sentencing, along with its supporting exhibits, to be filed under seal.

.

Dated: **September 28, 2025**  Respectfully submitted,

JESUS MOORE

By and through his attorneys,

 /s/Brad Bailey
R. Bradford Bailey, BBO#549749
BRAD BAILEY LAW, P.C.
44 School Street, Suite 1000B
Boston, Massachusetts 02108
Tel.: (857) 991-1945
Fax: (857) 265-3184
brad@bradbaileylaw.com

**Certificate of Service**

I, R. Bradford Bailey, hereby certify that on this the 28th day of September, 2025, I caused a true copy of the foregoing document to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

 /s/ *R. Bradford Bailey*
R. Bradford Bailey