UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

JESUS MOORE

Defendant.

Case No. 24-CR-83-JL

## Government's Sentencing Memo

### I.   Introduction

Defendant Jesus Moore used his position as a high school basketball coach to begin texting with a student team manager. After a grooming period, Moore encouraged the student to skip school and meet him at a motel where he got her drunk and raped her.

Moore is now convicted of travel with intent to engage in illicit sexual conduct, in violation of 18 U.S.C. § 2423(b). The United States recommends that the Court sentence Moore to 135-months of imprisonment (the low-end of the Guidelines range), five years of supervised release, restitution, and a mandatory assessment of $100.

### II.   Factual Background

The way Moore initially befriended the victim was a textbook example of grooming. In 2022, Moore worked for the Lawrence School District as a middle-school teacher and as the basketball coach for the high school team. PSR ¶ 16. At the time, the victim was a 16-year-old student at the high school. PSR ¶ 11. As an extracurricular activity, the victim served as a manager for the boy's basketball team. PSR ¶ 11.

Moore learned that the victim was having trouble with her parents. *See* PSR ¶ 11. He

1

positioned himself as the victim's source of support. PSR ¶ 11. After a few months, Moore gradually introduced inappropriate conversations and physical touch. First, the texts became flirty. PSR ¶ 11. Then, Moore rubbed his hand on her lap and kissed the victim's cheek and neck. PSR ¶ 11. At some point, Moore began telling the victim to stop "wasting [his] time" and complained that she was "all talk, no action." PSR ¶ 11.

Then, on Monday, March 7, 2022, Moore used his Lyft account to order a car to take the victim from her school to the Super 8 motel in Manchester—over 30 miles and across state lines from her home and school. PSR ¶ 15. Moore gave the victim directions to his motel room and met her there. PSR ¶ 11. Moore provided the then 17-year-old with tequila. Once she was so drunk that her vision was blurry and she felt numb, Moore raped her. PSR ¶ 11. Though he initially wore a condom, he removed it. PSR ¶ 11. Afterwards, Moore dressed the victim (she was still too drunk to dress herself), took her to McDonalds, and ordered a car to take her home. PSR ¶ 15.

A grand jury issued a one-count Indictment charging Moore with transportation of a minor, in violation of 18 U.S.C. § 2423(a). Moore pleaded guilty to an Information charging him with travel with intent to engage in illicit sexual conduct, in violation of 18 U.S.C. § 2423(b). Moore now faces sentencing on that charge. Under the terms of the binding plea agreement, the parties agreed that a sentencing range of 84 to 144 months' imprisonment is an appropriate disposition of this case.

### III. The Sentencing Guidelines

The United States agrees with the Guidelines analysis set forth in the PSR:

| Guideline | Offense Level |
|---|---|
| Base Offense Level (U.S.S.G. § 2A3.1; cross reference at U.S.S.G. § 2G1.3(c)(3)) | 30 |
| The offense involved aggravated sexual abuse (*id.* § 2A3.1(b)(1)) | +4 |
| The victim was in the custody, care or supervisory control of the defendant (*id.* § 2G1.3(b)(4)(A)(ii) and (ii)) | +2 |
| Timely acceptance of responsibility | -3 |
| **Total** | **33** |

With a criminal history category I, Moore's Guidelines imprisonment range is 135 months to 168 months. PSR ¶ 72.

### IV. The Statutory Sentencing Factors Support a 135-Month Sentence

Moore's crime was of the utmost seriousness. Moore used his position as a teacher and coach to cultivate a relationship with the victim over the course of several months. Eventually, he called out of work sick and transported the victim to a motel. There, he provided her with alcohol and raped her. The harm to the victim and her family is undeniable and irreversible. In light of the severity of Moore's conduct, a considerable sentence is warranted.

Moore described a childhood marked by instability. Despite this, he pursued secondary education, earning both bachelor's and master's degrees. Moore has no prior convictions. Moore's history and characteristics—including his education and lack of criminal history—allowed him to obtain the position of trust that he used to identify and groom his victim.

The PSR also details information about Moore's family. PSR ¶ 48. ███████

███████████████████████████████████████████████████████████████████

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Nothing that he reported in preparation for the PSR warrants a downward variance.

Moore's actions have demonstrated there is a need to protect children and the public from him. A sentence of 135 months of imprisonment will protect the public while he is incarcerated and will hopefully deter him and others from committing similar crimes in the future.

V.      Conclusion

Moore's conduct requires a significant sentence. The United States recommends that the Court sentence Moore to 135 months of imprisonment (the bottom of the Guidelines range), five years of supervised release, and a mandatory assessment of $100.

                                    Respectfully submitted,

                                    ERIN CREEGAN
                                    United States Attorney

By:     /s/ Anna Z. Krasinski
       Anna Z. Krasinski
       Assistant United States Attorney
       United States Attorney's Office
       53 Pleasant Street, 4th Floor
       Concord, New Hampshire 03301
       New Hampshire Bar No. 276778
       (603) 225-1552
       anna.krasinski@usdoj.gov